IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DENNIS EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 09-cv-920-MJR** |
| | ) | |
| **TODD SCHULTE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. On November 2, 2009, the Clerk of Court received Plaintiff's motion to proceed *in forma pauperis* (Doc.1); his motion to appoint counsel (Doc. 2); and his motion for service of process at Government expense (Doc. 3). The Clerk, however, has not yet received a complaint.

A civil action is commenced by filing a complaint. Fed. R. Civ. P. 3. The complaint must contain, among other things, a "short and plain statement of the claim showing that the pleader is entitled to relief" and "a demand for the relief sought." Fed. R. Civ. P. 8(a)(2) and (3). To date, nothing filed by Plaintiff can be construed as a complaint or a pleading stating a claim.

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a complaint complying with the requirements of Rule 8 of the Federal Rules of Civil Procedure. To assist Plaintiff in complying with this Order, the Clerk is **DIRECTED** to provide Plaintiff a copy of the form complaint used by this Court for civil rights cases.

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should

Plaintiff fail to comply with this Order, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**

    **DATED this 4th day of November, 2009.**

    **s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**