IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS EDWARDS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-920-MJR |
| | ) |
| **TODD SCHULTE, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. On November 2, 2009, the Clerk of Court received Plaintiff's motion to proceed *in forma pauperis* (Doc. 1); his motion to appoint counsel (Doc. 2); and his motion for service of process at Government expense (Doc. 3). The Clerk, however, did not receive a complaint.

On November 4, 2009, this Court issued a Memorandum and Order (Doc. 4) directing Plaintiff to file a complaint complying with Rule 8 of the Federal Rules of Civil Procedure within thirty days. More than thirty days have passed and Plaintiff has still not filed a complaint in this case. Therefore, **IT IS HEREBY ORDERED** that this action is **DISMISSED**, without prejudice for failing to comply with Rules 3 and 8 of the Federal Rules of Civil Procedure and for failing to comply with an order of this Court. *See* Fed. R. 41(b). All pending motions are

**DENIED** as moot.  The Clerk is **DIRECTED TO CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 15th day of December, 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
